# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Quimba Software, Inc. ) | ASBCA No. 59196 |
| ) | |
| Under Contract No. FA8740-05-C-0085 ) | |

APPEARANCE FOR THE APPELLANT: Mr. Robert Dourandish
CEO

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Srikanti Schaffner, Esq.
Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

Appellant, Quimba Software, Inc. (Quimba) has moved to withdraw this appeal, representing that, following its responses to the government's discovery requests, the government stated in writing that it no longer questioned any of Quimba's FY 2006 costs and no longer has an interest in collecting any money from Quimba.

In support of its motion, Quimba quotes an email to it from the government stating that *"we no longer have any costs to question, and we no longer have an interest in collecting money from Quimba"* (app. mot. at 2). Quimba has also submitted a letter to it from the Administrative Contracting Officer (ACO) dated 1 February 2018 in which the ACO stated that he "hereby withdraw[s] [his final decision] and demand for payment dated December 5, 2013 for Quimba's FY 2006 costs" (app. mot., ex. 1). The ACO also states that he has "released [of] the Government's claim for $416,640.51" (*id.*).

Accordingly, this appeal is hereby dismissed.

Dated: 27 February 2018

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals